IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZURICH AMERICAN INSURANCE                    CASE NO. 8:24-cv-01410
COMPANY, AMERICAN
GUARANTEE AND LIABILITY
INSURANCE COMPANY, and
AMERICAN ZURICH INSURANCE
COMPANY

       Plaintiffs,

vs.

NICHOLAS FINANCIAL, INC. and
JEREMIAH T. GROSS, as assignee of
NICHOLAS FINANCIAL.

       Defendants.
_____/

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.04(c), I certify that the instant action:

__X____    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**Case No. 4:24-cv-00399, United States District Court for the Western District of Missouri, Western Division[1]**

_____    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

---

[1] The Complaint [DE 1] and Civil Cover Sheet [D.E. 1-1] reference a case pending in the Associate Court of Clay County, Missouri, Case No. 21CY-CV02148, where Defendant, Jeremiah T. Gross, as assignee of Nicholas Financial improperly filed a Cross-Claim against Plaintiffs. The Cross-Claim was subsequently removed to the United States District Court for the Western District of Missouri, which is the case referenced here.

CASE NO: 8:24-cv-01410

I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Dated this 26th of June, 2024

Respectfully submitted,

*/s/ Ilana B. Olman*
**ILANA B. OLMAN**
Florida Bar No.: 106066
iolman@smsm.com
NICHOLAS E. RICHARDSON
Florida Bar No.: 1024637
nrichardson@smsm.com
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
200 East Las Olas Boulevard, Suite 1820
Fort Lauderdale, FL 33301
Telephone:   954-765-1001
Facsimile:      954-765-1005

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on the 26th day of June, 2024, we electronically filed the foregoing documents with the Clerk of the Court using CM/ECF.

SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
*Attorneys for Plaintiffs*
200 East Las Olas Boulevard
Suite 1802
Fort Lauderdale, FL 33301
Telephone:  954-765-1001
Facsimile:   954-765-1005

2

CASE NO: 8:24-cv-01410

By: /s/ Ilana B. Olman
**ILANA B. OLMAN**
Florida Bar No.: 106066
iolman@smsm.com
NICHOLAS E. RICHARDSON
Florida Bar No.: 1024637
nrichardson@smsm.com

ibopleadings@smsm.com
*(for email service only)*

3