## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:24-CV-01410-KKM-TGW

Plaintiff,:
ZURICH AMERICAN INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, and AMERICAN ZURICH INSURANCE COMPANY

vs.

Defendant,:
NICHOLAS FINANCIAL, INC. and JEREMIAH T. GROSS, as assignee of NICHOLAS FINANCIAL

For:
Ilana B. Olman, Esquire
Segal McCambridge Singer & Mahoney, Ltd.
200 East Las Olas
Suite 1820
Fort Lauderdale, FL 33301

Received by Williams Process Service, Inc on the **1st day of July, 2024 at 1:46 pm** to be served on **Jeremiah T. Gross, 808 NE 74th St, Kansas City, MO 64118**.

I, Michael Siegel, do hereby affirm that on the **9th day of July, 2024 at 3:55 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, Civil Cover Sheet, Complaint for Declaratory Relief, Exhibit "A-Part 1", Exhibit "A-Part 2", Exhibit "B", Exhibit "C", Exhibit "D", Exhibit "E", Exhibit "F", Exhibit "G", and Exhibit "H"** with the date and hour of service endorsed thereon by me, to: **Jeremiah T. Gross** at the address of: **808 NE 74th St, Kansas City, MO 64118**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
7/9/2024 3:55 pm Jeremiah T Gross Description: White, Male, 30-35yrs, 5'10", 180lbs, Brown hair.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

*Michael Siegel*
Michael Siegel
Process Server

**Williams Process Service, Inc**
**721 Us Highway One, Suite 113**
**North Palm Beach, FL 33408**
**(561) 881-1442**

Our Job Serial Number: WPS-2024014421