UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CIVIL ACTION NO. 8:24-CV-01410

ZURICH AMERICAN INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, and AMERICAN ZURICH INSURANCE COMPANY,

        Plaintiffs,

v.

NICHOLAS FINANCIAL, INC. and JEREMIAH T. GROSS, as assignee of NICHOLAS FINANCIAL,

        Defendants.

## DEFENDANT JEREMIAH T. GROSS' CORRECTED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

Defendant, Jeremiah T. Gross ("Mr. Gross"), by and through his undersigned counsel, respectfully requests a 30-day extension of time through and including August 29, 2024, to file his answer to Plaintiffs', Zurich American Insurance Company, American Guarantee and Liability, Insurance Company, and American Zurich Insurance Company ("Plaintiffs") Complaint [D.E. 1] (the "Complaint"). In support of this request, Mr. Gross states:

1

1. Mr. Gross' answer is to the Complaint is due on Tuesday, July 30, 2024, as he was served with the Complaint on July 9, 2024. *See* FED. R. CIV. P. 12(a)(1)(A)(i); *see* D.E. 13.

2. By this motion, Mr. Gross seeks an extension of 30 days, through and including August 29, 2024, in which to file his answer.

3. Good cause exists to grant this short extension. *See* FED. R. CIV. P. 6(B)(1)(A). Mr. Gross has been working diligently to obtain counsel and the undersigned has recently been retained as counsel.

4. Mr. Gross requests this extension in good faith, and not for purposes of harassment or delay. Further, Mr. Gross submits that no undue prejudice will come to Plaintiffs as a result of this extension.

5. Undersigned counsel has conferred with counsel for Plaintiffs, and has been advised that Plaintiffs do not oppose the requested extension.

WHEREFORE, for the foregoing reasons, Mr. Gross respectfully requests the Court enter an order granting him an extension through and including August 29, 2024 to file his answer to Plaintiffs' Complaint [D.E. 1], and granting such other and further relief as the Court deems just and fit.

Dated: July 29, 2024                    Respectfully submitted,

**K&L GATES LLP**
Southeast Financial Center
200 S. Biscayne Boulevard
Suite 3900
Miami, FL 33131-2399

Tel.: 305-539-3300
Fax: 305-358-7095
*/s/ Robert Shawn Hogue*
Robert Shawn Hogue, Esq.
Florida Bar No. 91155
shawn.hogue@klgates.com

*Attorneys for Jeremiah T. Gross*

# CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Mr. Gross conferred with counsel for Plaintiffs pursuant to Local Rule 3.01(g) via electronic mail before filing this Motion. Counsel for Plaintiffs responded via electronic mail that the Plaintiffs consent to the relief requested by Mr. Gross.

# CERTIFICATE OF SERVICE

The foregoing document was filed electronically in accordance with the local rules and was therefore served electronically on those parties that have properly registered for such electronic service:

Ilana B. Olman, Esq.
Florida Bar No. 106066
Email: iolman@smsm.com
Nicholas E. Richardson, Esq.
Florida Bar No. 1024637
Email: nrichardson@smsm.com
Segal Mccambridge Singer & Mahoney, Ltd.
200 East Las Olas Blvd., Suite 1820
Fort Lauderdale, FL 33301
Telephone: 954-765-1001

*Counsel for Plaintiffs*


Meghan C. Moore, Esq.
Florida Bar No. 668958
Email: meghan.moore@flastergreenberg.com
Flaster Greenberg PC
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
Telephone: 561-961-4508

*Counsel for Defendant, Nicholas Financial, Inc.*

Dated: July 29, 2024

*/s/ Robert Shawn Hogue*
Robert Shawn Hogue
