UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 24-cv-1410-KKM/TGW

ZURICH AMERICAN INSURANCE
COMPANY, AMERICAN GUARANTEE
AND LIABILITY INSURANCE COMPANY,
and AMERICAN ZURICH INSURANCE
COMPANY,

    Plaintiffs,

v.

NICHOLAS FINANCIAL, INC. and JEREMIAH T.
GROSS, as assignee of NICHOLAS FINANCIAL,

    Defendants.
_____/

# DEFENDANT NICHOLAS FINANCIAL, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT FOR DECLARATORY RELIEF

Defendant, Nicholas Financial, Inc. ("Nicholas Financial"), pursuant to Local Rule 3.01 and Federal Rule of Civil Procedure 6(b)(1), hereby files this Unopposed Motion for Extension Of Time To Respond To Plaintiffs' Complaint, and states as follows:

    1.    Plaintiffs, Zurich American Insurance Company, American Guarantee and Liability Insurance Company, and American Zurich Insurance Company (collectively "Plaintiffs") filed their Complaint for Declaratory Relief (D.E. 1) on June 10, 2024, against Nicholas Financial and Jeremiah T. Gross, as assignee of

11328610 v1

Nicholas Financial ("Gross" and together with Nicholas Financial and Plaintiffs, the "Parties").

2. The Complaint seeks declarations concerning whether there is insurance coverage under certain insurance policies issued by Plaintiffs to Nicholas Financial in Florida for defense and indemnity in connection with an action filed by Gross, individually and as a representative of a class of similarly situated claimants, against Nicholas Financial in the Circuit Court of Clay County, Missouri (the "Underlying Action").

3. Nicholas Financial previously assigned to Gross and the Settlement Class, as defined in the Final Approval Order entered in the Underlying Action, all of Nicholas Financial's claims and rights to seek payment of the Judgment entered in the Underlying Action from Plaintiffs under the insurance policies at issue in this case.

4. Accordingly, Nicholas Financial has asked the Parties to agree to stipulate to the dismissal of Nicholas Financial from this action without prejudice, as an alternative to Nicholas Financial filing a motion to dismiss in response to the Complaint, seeking an order of dismissal from the Court.

5. The Parties are in the process of negotiating the terms of an acceptable stipulation, but need additional time to confer.

6. Nicholas Financial's response to the Complaint is due on August 8, 2024.

7. Accordingly, Nicholas Financial hereby requests a seven (7) day extension of time, through August 15, 2024, to finalize and file a Joint Stipulation of Dismissal without prejudice of Nicholas Financial, or alternatively, file a response to Plaintiffs' Complaint.

8. Pursuant to Local Rule 3.01(g), undersigned counsel for Nicholas Financial has conferred with Plaintiffs' counsel, Ilana Olman, Esq., and she has indicated that Plaintiffs have no opposition to the extension sought herein.

9. This request for extension is made in good faith, is reasonable under the circumstances, is not sought for the purpose of delay, and will not prejudice any party.

WHEREFORE, Defendant, Nicholas Financial, Inc. respectfully requests the Court enter an Order granting it a (7) day extension of time through August 15, 2024, to file a Response to Plaintiff's Complaint.

## **LOCAL RULE 3.01(g) CERTIFICATION**

I HEREBY CERTIFY that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this Motion in a good faith effort to resolve the issues raised in this Motion, and that Plaintiffs have indicated that they do not oppose the relief requested.

Respectfully Submitted,

**FLASTER GREENBERG PC**
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
Tel: (561) 961-4508

11328610 v1

CASE NO. 24-cv-1410-KKM/TGW

*/s/ Meghan C. Moore*
**Meghan C. Moore, Esq**.
Florida Bar No. 668958
Meghan.moore@flastergreenberg.com

*Attorney for Nicholas Financial, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2024 a true and correct copy of the foregoing was served by CM/ECF upon:

**Ilana B. Olman, Esq.**
iolman@smsm.com
**Nicholas E. Richardson, Esq.**
nrichardson@smsm.com
Segal McCambridge Singer & Mahoney, Ltd.
200 East Las Olas Blvd., Suite 1820
Fort Lauderdale, FL 33301
Tel: 954.765.1001

**Robert Shawn Hogue, Esq.**
shawn.hogue@klgates.com
K&L GATES LLP
200 S. Biscayne Boulevard, Suite 3900
Miami, FL 33131-2399
Tel.: (305) 539-3300

*/s/ Meghan C. Moore*

4