UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 24-cv-1410-KKM/TGW

ZURICH AMERICAN INSURANCE
COMPANY, AMERICAN GUARANTEE
AND LIABILITY INSURANCE COMPANY,
and AMERICAN ZURICH INSURANCE
COMPANY,

    Plaintiffs,
v.

NICHOLAS FINANCIAL, INC. and JEREMIAH T.
GROSS, as assignee of NICHOLAS FINANCIAL,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL OF DEFENDANT NICHOLAS FINANCIAL INC. WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs, Zurich American Insurance Company, American Guarantee and Liability Insurance Company, and American Zurich Insurance Company (collectively "Plaintiffs"), and Defendants, Nicholas Financial Inc. ("NFI") and Jeremiah T. Gross as assignee of NFI ("Gross") (collectively the "Parties"), hereby file this Stipulation of Dismissal Without Prejudice as to NFI only and state:

    1.    Plaintiffs filed their Complaint for Declaratory Relief (D.E. 1) in the United States District Court for the Middle District of Florida on June 10, 2024, against NFI and Gross.

2. No parties have filed an answer or affirmative defenses to the Complaint.

3. The Complaint seeks declarations concerning whether there is insurance coverage under certain Florida insurance policies issued by Plaintiffs to NFI in Florida for defense and indemnity in connection with an action filed by Gross, individually and as a representative of a class of similarly situated claimants, against NFI in the Circuit Court of Clay County, Missouri (the "Underlying Lawsuit").

4. NFI previously assigned to Gross and the Settlement Class, as defined in the Final Approval Order attached hereto as Exhibit A, all NFI's claims and rights to seek payment of the Judgment entered in the Underlying Action from Plaintiffs under the insurance policies at issue in this case.

5. Gross hereby stipulates that with respect to the claims assigned by NFI to Gross, this Court has personal jurisdiction over Gross.

6. At present, Gross has an interest in the outcome of this litigation, whereas NFI does not.

Now therefore, the Parties hereby stipulate to dismiss NFI without prejudice.

Dated: August 6, 2024.

| | |
|---|---|
| */s/ Meghan C. Moore* <br> Meghan C. Moore, Esq. <br> Florida Bar No. 668958 <br> Meghan.moore@flastergreenberg.com | */s/ Robert Shawn Hogue* <br> Robert Shawn Hogue, Esq. <br> Florida Bar No. 91155 <br> shawn.hogue@klgates.com |

Confidential \ Non Personal Data

CASE NO. 18-CV-24751-DLG

| | |
|---|---|
| FLASTER GREENBERG PC | K&L GATES LLP |
| 2255 Glades Road, Suite 324A | 200 S. Biscayne Boulevard, Suite 3900 |
| Boca Raton, FL 33431 | Miami, FL 33131-2399 |
| Tel: (561) 961-4508 | Tel.: (305) 539-3300 |
| Counsel for NFI | Counsel for Gross |

/s/ *Ilana B. Olman*
Ilana B. Olman, Esq.
Florida Bar No. 106066
iolman@smsm.com
Segal McCambridge Singer & Mahoney, Ltd.
200 East Las Olas Blvd., Suite 1820
Fort Lauderdale, FL 33301
Tel: (954) 765-1001
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2024 a true and correct copy of the foregoing was served by CM/ECF upon:

**Ilana B. Olman, Esq.**
iolman@smsm.com
**Nicholas E. Richardson, Esq.**
nrichardson@smsm.com
Segal McCambridge Singer & Mahoney, Ltd.
200 East Las Olas Blvd., Suite 1820
Fort Lauderdale, FL 33301
Tel: 954.765.1001

**Robert Shawn Hogue, Esq.**
shawn.hogue@klgates.com
K&L GATES LLP
200 S. Biscayne Boulevard, Suite 3900
Miami, FL 33131-2399
Tel.: (305) 539-3300

/s/ *Meghan C. Moore*

Confidential \ Non Personal Data